**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-7049**

UNITED STATES OF AMERICA,

             Plaintiff – Appellee,

      v.

EVERETTE BRYANT LAW,

             Defendant – Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Jackson L. Kiser, Senior District Judge.  (7:93-cr-00066-jlk-1)

Submitted:  October 29, 2008        Decided:  November 17, 2008

Before KING, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Everette Bryant Law, Appellant Pro Se.  Stephen Urban Baer, Donald Ray Wolthuis, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Everette Bryant Law appeals the district court's orders denying him a reduction of sentence under 18 U.S.C.A. § 3582(c)(2) (West 2000 & Supp. 2008), and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Law, No. 7:93-cr-00066-jlk-1 (W.D. Va. May 6, 2008; June 16, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED